UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

IN RE:  Case No. 23-90327

COX OPERATING, L.L.C.  Chapter 11

      Debtor

---

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

---

**PLEASE TAKE NOTICE** that Paul Douglas Stewart, Jr. with the law firm of Stewart Robbins Brown & Altazan, LLC, pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), appears herein on behalf of the Partco, LLC, and request that all notices given and required to be served in this case be given to and served upon the following:

PAUL DOUGLAS STEWART, JR.
STEWART ROBBINS BROWN & ALTAZAN, LLC
301 Main St., Suite 1640
P. O. Box 2348
Baton Rouge, LA 70821-2348
Telephone: (225) 231-9998
Fax: (225) 709-9467
dstewart@stewartrobbins.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes the notice and papers referred to in Rule 2002 of the Bankruptcy Rules and also includes without limitation, any plan and objections thereto, and notice of any orders, proposed orders, pleadings, motions, applications, complaints, demand, hearings, disclosure statements, answers, responses, oppositions, replies, memorandum of briefs in support of the foregoing, and any other documents brought before the Court with respect to these pleadings, whether formal or informal, whether

written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, telegraph, telex, facsimile, e-mail, or otherwise which effects or seeks to effect the above case.

Submitted by:

**STEWART ROBBINS & BROWN, LLC**

By: */s/ Paul Douglas Stewart, Jr.*
William S. Robbins (TX Bar # 24100894)
wrobbins@stewartrobbins.com
Paul Douglas Stewart, Jr. (LA Bar # 24661)
*Admitted to Southern District of Texas*
dstewart@stewartrobbins.com
301 Main St., Suite 1640
Baton Rouge, LA 70801-0016
Telephone: (225) 231-9998
Facsimile: (225) 709-9467

***Counsel for Partco, LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing pleading was filed electronically through the Court's ECF system and served electronically on all parties enlisted to receive electronic service in this case.

SO CERTIFIED, this 15th day of May, 2023.

<u>/s/ *Paul Douglas Stewart, Jr.*</u>
Paul Douglas Stewart, Jr.